No. 208.   COLUMBUS & SOUTHERN OHIO ELECTRIC CO.
*v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.
Certiorari denied.   *Joseph S. Platt* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, John N. Stull, A. F. Prescott* and *Melva M. Graney* for respondent.

No. 209.   MOORE-MCCORMACK LINES, INC., *v.* THE
ESSO CAMDEN.   C. A. 2d Cir.   Certiorari denied.   *Adrian J. O'Kane* for petitioner.   *Raymond T. Greene* and *Ira A. Campbell* for respondent.

No. 211.   LANNOM MANUFACTURING CO., INC., *v.* NA-
TIONAL LABOR RELATIONS BOARD ET AL.   C. A. 6th Cir.
Certiorari denied.   *Judson Harwood* for petitioner.   *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard* and *Dominick L. Manoli* for the National Labor Relations Board, and *Harold I. Cammer* for the Amalgamated Meat Cutters & Butcher Workmen of North America, AFL–CIO, respondents.

No. 212.   ANDERSON ET AL. *v.* UNITED STATES.   Court
of Claims.   Certiorari denied.   *Herbert S. Thatcher* and *Donald M. Murtha* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 213.   WEBSTER MOTOR CAR CO. *v.* PACKARD MOTOR
CAR CO. ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *William J. Hughes, Jr.* for petitioner.   *Harold L. Smith, Jerome G. Shapiro* and *Robert W. Barker* for respondents.